ages for medical and funeral expenses. With respect to the wrongful death cause of action, we vacate the award of damages and grant a new trial on damages. Present—Green, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.

■ In the Matter of CARPARELLI BROS., INC., Respondent, v TOWN OF NEW HARTFORD et al., Respondents, and NEW HARTFORD CENTRAL SCHOOL DISTRICT, Appellant. (Proceeding No. 1.) In the Matter of CARPARELLI BROS., INC., Respondent, v TOWN OF NEW HARTFORD et al., Respondents, and NEW HARTFORD CENTRAL SCHOOL DISTRICT, Appellant. (Proceeding No. 2.) In the Matter of CARPARELLI BROS., INC., Respondent, v TOWN OF NEW HARTFORD, Respondent, and NEW HARTFORD CENTRAL SCHOOL DISTRICT, Appellant. (Proceeding No. 3.) (Appeal No. 1.) [765 NYS2d 293] —Appeal from an order and judgment (one document) of Supreme Court, Oneida County (Grow, J.), entered May 28, 2002, which reduced the tax assessments on property owned by petitioner.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Oneida County, Grow, J. Present—Green, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.

■ In the Matter of CARPARELLI BROS., INC., Petitioner-Respondent, v VILLAGE OF NEW HARTFORD, Respondent, and NEW HARTFORD CENTRAL SCHOOL DISTRICT, Respondent-Appellant. (Appeal No. 2.) [765 NYS2d 294] —Appeal from an order and judgment (one document) of Supreme Court, Oneida County (Grow, J.), entered May 28, 2002, which reduced the tax assessments on property owned by petitioner.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for the reasons stated in decision at Supreme Court, Oneida County, Grow, J. Present—Green, J.P., Hurlbutt, Gorski, Lawton and Hayes, JJ.

■ DOMINIC LAUDISIO et al., Appellants, v DIAMOND "D" CONSTRUCTION CORPORATION, Respondent. [765 NYS2d 720] —Appeal from an order of Supreme Court, Erie County (Mahoney, J.), entered July 23, 2002, which granted defendant's motion for summary judgment dismissing the common-law negligence cause of action and the Labor Law § 200 claim and denied plaintiffs' cross motion to strike the Workers' Compensation Law affirmative defense.

It is hereby ordered that the order so appealed from be and